

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

JEROME W. GRIFFIN, for himself and all others similarly situated,
    Plaintiffs,

V.

ALABAMA GAS CORPORATION, an Alabama Corporation,
    Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06cv365-DRB

TO: (Name and address of Defendant)

Alabama Gas Corporation
c/o J. David Woodruff
605 Richard Arrington, Jr. Blvd, North
Birmingham, AL 35203

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J.L. Chestnut, Jr.
CHESTNUT, SANDERS, SANDERS, PETTAWAY & CAMPBELL, L.L.C.
Post Office Box 1290
Selma, Alabama 36702-1290

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  4/26/06