**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 24, 2006

NOTICE OF REASSIGNMENT


To:    All Counsel of Record


Re:    Griffin v. Alabama Gas Corporation
       Civil Action No.  2:06-cv-00365-DRB


The above-styled case has been reassigned to Judge W. Harold Albritton, III.

Please note that the case number is now  **2:06-cv-00365-WHA**.

This new case number should be used on all future correspondence and pleadings in this action.