IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JEROME W. GRIFFIN, for himself and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. |
| v. | ) ) | 2:06-CV-0365-DRB |
| ALABAMA GAS CORPORATION, | ) ) ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

The undersigned hereby give notice of their appearance as additional counsel for Plaintiffs in this matter.

Respectfully submitted,

 /s/ Joe R. Whatley, Jr.
JOE R. WHATLEY, JR.

 /s/ Andrew C. Allen
ANDREW C. ALLEN

OF COUNSEL:

WHATLEY DRAKE & KALLAS, LLC
2323 2nd Avenue North (35203)
Post Office Box 10647
Birmingham, Alabama 35202-0647
Telephone: (205) 328-9576
Facsimile: (205) 328-9669

J.L. Chestnut, Jr.
CHESTNUT, SANDERS, SANDERS
PETTAWAY & CAMPBELL, PC
Post Office Box 1290
Selma, Alabama 36702-1290
Telephone: (334) 875-9264
Facsimile: (334) 875-9853

## CERTIFICATE OF SERVICE

I hereby certify that on this the 15th day of June, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Abdul K. Kallon
BRADLEY ARANT ROSE & WHITE, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203-2104
Email: akallon@bradleyarant.com
Telephone: (205) 521-8294
Facsimile: (205) 488-6294

James Walker May
BRADLEY ARANT ROSE & WHITE, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203-2104
Email: jmay@bradleyarant.com
Telephone: (205) 521-8294
Facsimile: (205) 488-6294

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: **Not Applicable.**

      /s/ Joe R. Whatley, Jr.
      OF COUNSEL