IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEROME W. GRIFFIN, for himself and others similarly situated, ) ) ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-365-MEF |
| ) ALABAMA GAS CORPORATION, ) a corporation, ) ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the plaintiff's First Motion to Amend/Correct Complaint (Doc. #12) filed on September 1, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this 6th day of September, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE