IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEROME W. GRIFFIN, for himself and others similarly situated, ) ) ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-365-MEF |
| ) | |
| ALABAMA GAS CORPORATION, a corporation, ) ) ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Certify Class (Doc. #15) filed on September 15, 2006, it is hereby ORDERED that:

1. The defendant file a response which shall include a brief and any evidentiary materials on or before October 3, 2006.

2. The plaintiff may file a reply brief on or before October 10, 2006.

DONE this the 19th day of September, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE