**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 11, 2006

# NOTICE OF CORRECTION

From:   Clerk's Office

**Case Style:   Griffin v. Alabama Gas Corporation**
**Case Number:   2:06-cv-00365-MEF**

**This Notice of Correction was filed in the referenced case this date to add the Notice of filing main PDF document.**

**The correct main PDF document is attached to this notice for your review.  Reference is made to document # 24   filed on    October 10, 2006.**