IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JEROME W. GRIFFIN, for himself and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. |
| v. | ) ) | 2:06-CV-0365-MEF |
| ALABAMA GAS CORPORATION, | ) ) ) | |
| Defendants. | ) | |

### NOTICE OF FILING

Come now the Plaintiff Jerome Griffin, by and through his attorney of record, and hereby gives notice of the filing of the Affidavit of Susan Cromwell Duncan in Support of Plaintiff's Motion for Class Certification.

Respectfully submitted,

/s/ Andrew C. Allen
ANDREW C. ALLEN

**OF COUNSEL:**
Joe R. Whatley, Jr.
WHATLEY DRAKE & KALLAS, LLC
2323 2nd Avenue North (35203)
Post Office Box 10647
Birmingham, Alabama 35202-0647
Telephone: (205) 328-9576
Facsimile: (205) 328-9669

J.L. Chestnut, Jr.
CHESTNUT, SANDERS, SANDERS
PETTAWAY & CAMPBELL, PC
Post Office Box 1290
Selma, Alabama 36702-1290
Telephone: (334) 875-9264
Facsimile: (334) 875-9853

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 11th day of October, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Abdul K. Kallon
James Walker May, Jr.
BRADLEY ARANT ROSE & WHITE, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203-2104
Email: akallon@bradleyarant.com
jmay@bradleyarant.com
Telephone: (205) 521-8294
Facsimile: (205) 488-6294

                                            /s/ Andrew C. Allen
                                            OF COUNSEL