**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**MONTGOMERY DIVISION**

| | | |
|---|---|---|
| **JEROME W. GRIFFIN, for** | ) | |
| **himself and all others similarly** | ) | |
| **situated,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **v.** | ) | **2:06-cv-365-MEF** |
| | ) | |
| **ALABAMA GAS** | ) | |
| **CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION TO EXTEND THE DEADLINE**
**FOR DISPOSITIVE MOTIONS**

Defendant Alabama Gas Corporation ("Alabama Gas") moves this Court to extend the deadline for dispositive motions to August 24, 2007. In support of this Motion, Alabama Gas says as follows:

1.    The current deadline for dispositive motions is July 3, 2007, the deadline for a face-to-face settlement conference is July 24, 2007, and the deadline for discovery is September 17, 2007.

2.      The parties have had some discussions about settlement and although the discussions are preliminary, Alabama Gas believes that the likelihood of settlement may increase if the parties can avoid the expense of discovery and dispositive motions.  In that regard, Alabama Gas believes that settlement may be aided if the deadline for dispositive motions is moved to after the face-to-face settlement conference.

3.      An extension to August 24, 2007, will allow the parties sufficient time to conduct additional discovery, if any, and to file dispositive motions if the face-to-face settlement conference fails to resolve this matter.

4.      This extension should not impact the Court's trial docket since Alabama Gas is not requesting an extension of the discovery deadline.  Alabama Gas believes that even with the extension to August 24, 2007, the Court can still hold the pretrial conference on October 1, 2007 and keep this case on the November 5, 2007 trial docket.

5.      Counsel for plaintiff, Andrew Allen, does not oppose this Motion.

WHEREFORE, Alabama Gas respectfully requests that the Court extend the deadline for dispositive motions to August 24, 2007, to give the parties sufficient time to conduct any additional discovery if the case is not resolved and to give Alabama Gas sufficient time to file a dispositive motion, if necessary.

s/Abdul K. Kallon
One of the Attorneys for
Alabama Gas Corporation
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
(205) 521-8000

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June ___, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Joe R. Whatley, Jr.
Andrew C. Allen
Whatley Drake & Kallas, LLC
Post Office Box 10647
Birmingham, AL 35202-0647

J. L. Chestnut, Jr.
Chestnut Sanders Sanders Pettaway & Campbell PC
PO Box 1290
Selma, AL 36702-1290

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None.

Respectfully submitted,
s/ Abdul K. Kallon
Abdul K. Kallon
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
E-mail: akallon@bradleyarant.com