# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# MONTGOMERY DIVISION

| | |
|---|---|
| **JEROME W. GRIFFIN**, for himself and all others similarly situated, ) ) ) ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) ) ) | **CIVIL ACTION NO. 2:06-cv-365-MEF** |
| **ALABAMA GAS CORPORATION,** ) ) ) | |
| **Defendant.** ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Defendant Alabama Gas Corporation and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047. Defendant Alabama Gas hereby advises the Court that it is a wholly owned subsidiary of Energen Corporation.

        s/Abdul K. Kallon
One of the Attorneys for
Alabama Gas Corporation
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
(205) 521-8000

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Joe R. Whatley, Jr.
Andrew C. Allen
Whatley Drake & Kallas, LLC
Post Office Box 10647
Birmingham, AL 35202-0647

J. L. Chestnut, Jr.
Chestnut Sanders Sanders Pettaway & Campbell PC
PO Box 1290
Selma, AL 36702-1290

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None.

        Respectfully submitted,
s/ Abdul K. Kallon
Abdul K. Kallon

                                              Bradley Arant Rose & White LLP
                                              One Federal Place
                                              1819 Fifth Avenue North
                                              Birmingham, AL 35203-2104
                                              Telephone: (205) 521-8000
                                              Facsimile: (205) 521-8800
                                              E-mail: akallon@bradleyarant.com