IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEROME W. GRIFFIN, for himself and others similarly situated, ) ) ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-365-MEF |
| ) | |
| ALABAMA GAS CORPORATION, a corporation, ) ) ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the defendant's Motion for Extension of Deadline (Doc. #26) filed on June 21, 2007, it is hereby

ORDERED that the motion is DENIED. The lengthy extension of the dispositive motion deadline would not allow the court adequate time to decide dispositive motions prior to trial. Because the parties have not sought to extend the trial setting, the request for extension cannot be granted.

DONE this the 25th day of June, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE