# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# MONTGOMERY DIVISION

| | |
|---|---|
| JEROME W. GRIFFIN, for himself and all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) CIVIL ACTION NO. 2:06-cv-365-MEF |
| ALABAMA GAS CORPORATION, | ) ) ) |
| Defendant. | ) |

## MOTION TO EXTEND THE DEADLINE
## FOR DISPOSITIVE MOTIONS AND TO CONTINUE
## THE TRIAL SETTING

Defendant Alabama Gas Corporation ("Alabama Gas") moves this Court to extend the deadline for dispositive motions to August 24, 2007, and to continue the trial setting to the March 3, 2008 trial docket. In support of this Motion, Alabama Gas says as follows:

1.  The current deadline for dispositive motions is July 3, 2007, the deadline for a face-to-face settlement conference is July 24, 2007, and the deadline for discovery is September 17, 2007.

1

2.      The parties have had some discussions about settlement and although the discussions are preliminary, Alabama Gas believes that the likelihood of settlement may increase if the parties can avoid the expense of discovery and dispositive motions. In that regard, Alabama Gas believes that settlement may be aided if the deadline for dispositive motions is moved to after the face-to-face settlement conference.

3.      An extension to August 24, 2007, will allow the parties sufficient time to conduct additional discovery, if any, and to file dispositive motions if the face-to-face settlement conference fails to resolve this matter.

4.      A continuation of the current trial setting from the November 5, 2007 trial docket to the March 3, 2008 trial docket will provide the Court sufficient time to rule on the dispositive motions, if any.

5.      Counsel for plaintiff, Andrew Allen, does not oppose this Motion.

WHEREFORE, Alabama Gas respectfully requests that the Court extend the deadline for dispositive motions to August 24, 2007, to give the parties sufficient time to conduct any additional discovery if the case is not resolved and to give

Alabama Gas sufficient time to file a dispositive motion, if necessary, and to continue the trial setting to the March 3, 2008 docket.

Respectfully submitted,

    s/Abdul K. Kallon
One of the Attorneys for
Alabama Gas Corporation
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
(205) 521-8000

## CERTIFICATE OF SERVICE

      I hereby certify that on June 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Joe R. Whatley, Jr.
Andrew C. Allen
Whatley Drake & Kallas, LLC
Post Office Box 10647
Birmingham, AL 35202-0647

J. L. Chestnut, Jr.
Chestnut Sanders Sanders Pettaway & Campbell PC
PO Box 1290
Selma, AL 36702-1290

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None.

                                            Respectfully submitted,
                                            s/ Abdul K. Kallon
                                            Abdul K. Kallon
                                            Bradley Arant Rose & White LLP
                                            One Federal Place
                                            1819 Fifth Avenue North
                                            Birmingham, AL 35203-2104
                                            Telephone: (205) 521-8000
                                            Facsimile: (205) 521-8800
                                            E-mail: akallon@bradleyarant.com