IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEROME W. GRIFFIN, for himself and others similarly situated, ) ) ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-365-MEF |
| ) | |
| ALABAMA GAS CORPORATION, a corporation, ) ) ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the defendant's Motion to Extend the Deadline for Dispositive Motions and to Continue the Trial Setting (Doc. #31) filed on June 25, 2007, it is hereby

ORDERED that the motion is GRANTED. A new Uniform Scheduling Order will be entered by the court.

DONE this 29th day of June, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE