IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **JEROME W. GRIFFIN, for himself and all others similarly situated,** | ) ) ) | |
| **Plaintiffs,** | ) ) | Civil Action No. |
| v. | ) ) | 2:06-CV-0365-MEF |
| **ALABAMA GAS CORPORATION,** | ) ) ) | |
| **Defendants.** | ) | |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME FOR FILING
SUPPLEMENTAL REPLY MEMORANDUM IN SUPPORT OF THE
<u>AMENDED MOTION FOR CLASS CERTIFICATION</u>**

Plaintiff Jerome W. Griffin ("Griffin") moves this Court to extend the time for filing the Supplemental Reply Memorandum in Support of the Amended Motion for Class Certification to August 3, 2007, based upon the following:

1. The current deadline for filing, as set out in the Court's July 17, 2007 Order is July 27, 2007.

2. Counsel for Griffin has been involved in preparing for and defending approximately 19 depositions of plaintiffs in an unrelated collective action which requires his attendance the entire week of July 23, 2007, as well as other substantive matters. Obligations to other litigation will prevent counsel from completing his reply in accordance with the Court's July 17, 2007 Order

3. An extension to August 3, 2007, will allow sufficient time for Plaintiffs to respond to the Court's Order.

4. Plaintiff further moves the Court to extend the time for the filing of Defendant's reply brief, which is set to be filed by August 8, 2007 to August 15, 2007, so that neither party will be prejudiced by the granting of this motion.

5. Counsel for Plaintiff has communicated with counsel for Defendant, Abdul Kallon, who does not oppose this motion.

Dated: July 25, 2007         Respectfully submitted,


/s/ Andrew C. Allen
ANDREW C. ALLEN

**OF COUNSEL:**
Joe R. Whatley, Jr.
WHATLEY DRAKE & KALLAS, LLC
2001 Park Place North, Suite 1000 (35203)
Post Office Box 10647
Birmingham, Alabama 35202-0647
Telephone: (205) 328-9576
Facsimile: (205) 328-9669

J. L. Chestnut, Jr.
CHESTNUT, SANDERS, SANDERS
PETTAWAY & CAMPBELL, PC
Post Office Box 1290
Selma, Alabama 36702-1290
Telephone: (334) 875-9264
Facsimile: (334) 875-9853

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 25th day of July, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Abdul K. Kallon
BRADLEY ARANT ROSE & WHITE, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203-2104

Email: akallon@bradleyarant.com
Telephone: (205) 521-8294
Facsimile: (205) 488-6294

James Walker May
BRADLEY ARANT ROSE & WHITE, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203-2104
Email: jmay@bradleyarant.com
Telephone: (205) 521-8294
Facsimile: (205) 488-6294

        /s/ Andrew C. Allen
        OF COUNSEL

3