IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEROME W. GRIFFIN, for himself and others similarly situated,  )<br>)<br>Plaintiff,  )<br>v.  )<br>)<br>ALABAMA GAS CORPORATION,  )<br>a corporation,  )<br>)<br>Defendant.  ) | CASE NO. 2:06-cv-365-MEF |

## **O R D E R**

Upon consideration of the plaintiff's Unopposed Motion to Extend Time for Filing Supplemental Reply Memorandum in Support of the Amended Motion for Class Certification (Doc. #35) filed on July 25, 2007, it is hereby

ORDERED that the motion is GRANTED. The supplement to plaintiff's memorandum in support of the amended motion for class certification shall be file on or before August 3, 2007. The defendant shall file a reply brief addressing any argument made in plaintiff's supplement on or before August 15, 2007.

DONE this 27th day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE