IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **JEROME W. GRIFFIN, for himself and all others similarly situated,** | ) ) ) | |
| **Plaintiffs,** | ) ) | Civil Action No. |
| v. | ) ) | 2:06-CV-0365-DRB |
| **ALABAMA GAS CORPORATION,** | ) ) ) | |
| **Defendants.** | ) | |

**NOTICE CONCERNING SETTLEMENTCONFERENCE AND MEDIATON**

Pursuant to Uniform Scheduling Order dated June 29, 2007, a face-to face settlement conference was conducted between the parties. Settlement was not reached, however, the parties believe continued discussions may resolve this case short of trial.

                                          Respectfully submitted,

                                          /s/ Andrew C. Allen
                                          ANDREW C. ALLEN

OF COUNSEL:
Joe R. Whatley, Jr.
WHATLEY DRAKE & KALLAS, LLC
2001 Park Place North, Suite 1000 (35203)
Post Office Box 10647
Birmingham, Alabama 35202-0647
Telephone: (205) 328-9576
Facsimile: (205) 328-9669

J.L. Chestnut, Jr.
CHESTNUT, SANDERS, SANDERS
PETTAWAY & CAMPBELL, PC
Post Office Box 1290
Selma, Alabama 36702-1290

Telephone: (334) 875-9264
Facsimile: (334) 875-9853

## CERTIFICATE OF SERVICE

  I hereby certify that on this the 30th day of July, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Abdul K. Kallon
James Walker May, Jr.
BRADLEY ARANT ROSE & WHITE, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203-2104
Email: akallon@bradleyarant.com
jmay@bradleyarant.com
Telephone: (205) 521-8294
Facsimile: (205) 488-6294

               /s/ Andrew C. Allen
               OF COUNSEL