IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEROME W. GRIFFIN, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO.: 2:06-cv-365-MEF-TFM |
| | ) |
| ALABAMA GAS CORPORATION, | ) |
| | ) |
|     DEFENDANT. | ) |

## **ORDER**

It is hereby ORDERED that plaintiff's counsel shall file a notice concerning the status of settlement negotiations in this case by no later than **December 3, 2007**.

DONE this the 30th day of November, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE