# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| JEROME W. GRIFFIN, for himself and all others similarly situated, ) ) ) | |
| Plaintiffs, ) | Civil Action No. |
| ) | |
| v. ) | 2:06-CV-0365-DRB |
| ) | |
| ALABAMA GAS CORPORATION, ) ) | |
| Defendants. ) | |

### PLAINTIFF'S NOTICE CONCERNING STATUS OF SETTLEMENT NEGOTIATIONS

Plaintiff hereby submits this notice concerning the status of settlement negotiations in accordance with this Court's order of November 30, 2007.

The parties have continued their good faith negotiations towards resolution of this matter. As recently as today, Defendant served upon Plaintiffs' counsel a response to Plaintiffs' demand. Plaintiffs counsel is presently evaluating that offer and will be responding to it after further communication with co-counsel and client.

Respectfully Submitted,

/s/ Andrew C. Allen
ANDREW C. ALLEN

**OF COUNSEL:**
Joe R. Whatley, Jr.
WHATLEY DRAKE & KALLAS, LLC
2001 Park Place North, Suite 1000 (35203)
Post Office Box 10647
Birmingham, Alabama 35202-0647
Telephone: (205) 328-9576
Facsimile: (205) 328-9669

J. L. Chestnut, Jr.
CHESTNUT, SANDERS, SANDERS
PETTAWAY & CAMPBELL, PC
Post Office Box 1290
Selma, Alabama 36702-1290
Telephone: (334) 875-9264
Facsimile: (334) 875-9853

## CERTIFICATE OF SERVICE

I hereby certify that on this the 3rd day of December, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Abdul K. Kallon
BRADLEY ARANT ROSE & WHITE, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203-2104
Email: akallon@bradleyarant.com
Telephone: (205) 521-8294
Facsimile: (205) 488-6294

James Walker May
BRADLEY ARANT ROSE & WHITE, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203-2104
Email: jmay@bradleyarant.com
Telephone: (205) 521-8294
Facsimile: (205) 488-6294

/s/ Andrew C. Allen
OF COUNSEL