IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JEROME W. GRIFFIN, for himself and all others similarly situated,** ) ) ) | |
| Plaintiffs, ) ) | Civil Action No. |
| v. ) ) | 2:06-CV-0365-MEF |
| **ALABAMA GAS CORPORATION,** ) ) | |
| Defendants. ) | |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure, the plaintiff, will take the deposition of the following deponent before a court reporter or some other officer authorized by law to administer oaths. Said deposition will continue or be resumed from time to time thereafter until the same has been completed.

**DEPONENT:**     Katherine A. Jackson

**DATE and TIME:**     January 17, 2008 at 9:00 a.m.

**PLACE:**     WHATLEY, DRAKE & KALLAS, LLC
2001 Park Place North
Suite 1000
Birmingham, Alabama 35203

/s/ Andrew C. Allen
Andrew C. Allen

OF COUNSEL:
Richard P. Rouco
Whatley, Drake & Kallas, LLC
2001 Park Place North, Suite 1000
Birmingham, AL 35203
205-328-9576; fax: 205-328-9669
rrouco@whatleydrake.com
aallen@whatleydrake.com

J. L. Chestnut, Jr.
CHESTNUT, SANDERS, SANDERS
PETTAWAY & CAMPBELL, PC
Post Office Box 1290
Selma, Alabama 36702-1290
Telephone: (334) 875-9264
Facsimile: (334) 875-9853

## CERTIFICATE OF SERVICE

I hereby certify that on this the 7th day of January, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Abdul K. Kallon
BRADLEY ARANT ROSE & WHITE, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203-2104
Email: akallon@bradleyarant.com
Telephone: (205) 521-8294
Facsimile: (205) 488-6294

James Walker May
BRADLEY ARANT ROSE & WHITE, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203-2104
Email: jmay@bradleyarant.com
Telephone: (205) 521-8294
Facsimile: (205) 488-6294

                                                                          /s/ Andrew C. Allen
                                                                         OF COUNSEL