IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JEROME W. GRIFFIN, for himself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | CASE NO. 2:06-cv-365-MEF |
| ALABAMA GAS CORPORATION, a corporation, | ) ) ) ) | |
| Defendant. | ) ) | |

## <u>O R D E R</u>

Upon consideration of the parties' Joint Motion to Stay (Doc. #46) filed on January 15, 2007, it is hereby ORDERED:

1. That the motion is GRANTED. All remaining deadlines and headings, including the pretrial conference set for January 31, 2008 and the trial set for March 3, 2008, are continued generally.

2. That the pending motions relating to class certification (Doc. # 15 & 22) are DENIED with leave to refile if the case is not resolved.

3. A joint status report shall be filed on or before April 18, 2008.

DONE this the 17th day of January, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE