# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# MONTGOMERY DIVISION

| | |
|---|---|
| JEROME W. GRIFFIN, for himself and all others similarly situated, )<br>)<br>)<br>)<br>Plaintiffs,   )<br>)<br>v.   )<br>)<br>ALABAMA GAS )<br>CORPORATION, )<br>)<br>Defendant.   ) | CIVIL ACTION NO.<br>2:06-cv-365-MEF |

## MOTION TO WITHDRAW

The undersigned counsel moves the Court to allow him to withdraw as counsel for Defendant Alabama Gas Corporation. As grounds therefor, counsel shows the Court:

1. James Walker May has recently changed law firms. As the Court is aware, this case is presently stayed, pending settlement negotiations and/or mediation.

2. After consultation with Defendant, the undersigned counsel has been asked to withdraw as counsel for Defendant herein. Thus, this motion has been filed with Defendant's approval.

**WHEREFORE**, the undersigned counsel respectfully requests that the Court allow him to withdraw from representation of Defendant in this matter.

Respectfully submitted,

s/James Walker May
James Walker May
LITTLER MENDELSON, P.C.
Wachovia Tower
420 20th Street North, Suite 2730
Birmingham, AL  35203
Telephone: 205.421.4780
Facsimile: 205.449.9717
Email: jwmay@littler.com

Attorney for Defendant
Alabama Gas Corporation

## CERTIFICATE OF SERVICE

      I hereby certify that on March 31, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Joe R. Whatley, Esquire
Andrew C. Allen, Esquire
Whatley Drake & Kallas, LLC
2001 Park Place Tower, Suite 100
Birmingham, Alabama 35203
Phone: 205-328-9576

J. L Chestnut, Jr., Esquire
Chestnut, Sanders, Sanders, Pettaway & Campbell, PC
Post Office Box 1290
Selma, Alabama 36702-1290
Phone: 334-875-9264

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants.

                                                s/James Walker May
                                                OF COUNSEL