IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEROME W. GRIFFIN, for himself and others similarly situated, ) ) ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-365-MEF |
| ) | |
| ALABAMA GAS CORPORATION, a corporation, ) ) ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the Motion to Withdraw as Attorney (Doc. #48) filed on March 31, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 2nd day of April, 2008.

                                              /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE