IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| JEROME W. GRIFFIN, for himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALABAMA GAS CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)     CIVIL ACTION NO.<br>)     2:06-cv-365-MEF<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to the January 17, 2008 Order, the Parties submit this Joint Status Report:

1. Consistent with the representation in the Joint Motion to Stay (Doc. #46), the Parties engaged Hunter Hughes to mediate this matter;

2. Thereafter, Mr. Hughes enlisted Dr. Nita French, Ph.D. to review Alabama Gas's selection procedures that are at issue in this litigation;

3. Mr. Hughes charged Dr. French with ascertaining (1) whether the selection procedures have an adverse impact on African-Americans and, if yes, (2) whether there were alternate selection procedures Alabama Gas could employ that are job-related and consistent with business necessity, but have a lesser impact;

4. Alabama Gas subsequently provided Dr. French the data on the 21 jobs it filled utilizing the selection procedures;

5. Dr. French informed the Parties today that she will have her preliminary analysis completed by the end of the day;

6. The Parties will then discuss Dr. French's preliminary findings with Hunter Hughes and eventually will schedule a mediation conference once Dr. French has completed her analysis;

7. The Parties believe another 90-day stay is probably necessary to complete this process and respectfully request that the Court give them until July 18, 2008, to submit the next status report.

                          Respectfully submitted,

                            s/Andrew C. Allen
                          Attorneys for Plaintiffs
                          Joe R. Whatley, Jr.
                          Andrew C. Allen
                          Whatley Drake & Kallas, LLC
                          Post Office Box 10647
                          Birmingham, AL 35202-0647

                          J. L. Chestnut, Jr.
                          Chestnut Sanders Sanders Pettaway & Campbell PC
                          PO Box 1290
                          Selma, AL 36702-1290

                                  s/Abdul K. Kallon
One of the Attorneys for
Alabama Gas Corporation
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
(205) 521-8000

3