IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEROME W. GRIFFIN, for himself and others similarly situated, ) ) ) ) Plaintiff, ) ) v. ) ) ALABAMA GAS CORPORATION, ) a corporation, ) ) Defendant. ) | CASE NO. 2:06-cv-365-MEF |

## **O R D E R**

Upon consideration of the Joint Status Report (Doc. #50) filed on April 18, 2008, it is hereby

ORDERED that the parties file a joint status report on or before July 18, 2008.

DONE this the 23rd day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE