## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | | |
|---|---|---|
| JEROME W. GRIFFIN, for himself and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. |
| v. | ) ) | 2:06-CV-0365-MEF |
| ALABAMA GAS CORPORATION, | ) ) ) ) | |
| Defendants. | ) | |

### UNCONTESTED STIPULATION OF PARTIAL DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), Plaintiff Jerome Griffin, by and through his undersigned counsel, hereby stipulates to the dismissal with prejudice of the following claims:

1. Plaintiff's claim to be a representative of a putative class action brought under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000 (e), et seq. (hereinafter "Title VII"), and all allegations related to the putative class action;

It is the Plaintiff's intention that only his individual claims under Title VII and 42 U.S.C. § 1981 remain.

2. Defendant, Alabama Gas, consents to this partial dismissal with prejudice.

Respectfully Submitted,


     /s/  Andrew C. Allen
Andrew C. Allen

OF COUNSEL:
Richard P. Rouco
Whatley, Drake & Kallas, LLC
2001 Park Place North, Suite 1000
Birmingham, AL 35203
205-328-9576; fax: 205-328-9669
rrouco@whatleydrake.com
aallen@whatleydrake.com

J. L. Chestnut, Jr.
CHESTNUT, SANDERS, SANDERS
PETTAWAY & CAMPBELL, PC
Post Office Box 1290
Selma, Alabama 36702-1290
Telephone: (334) 875-9264
Facsimile: (334) 875-9853

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 16th day of July, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Abdul K. Kallon
BRADLEY ARANT ROSE & WHITE, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203-2104
Email: akallon@bradleyarant.com
Telephone: (205) 521-8294
Facsimile: (205) 488-6294

James Walker May
BRADLEY ARANT ROSE & WHITE, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203-2104
Email: jmay@bradleyarant.com
Telephone: (205) 521-8294
Facsimile: (205) 488-6294

                                                       _____/s/ Andrew C. Allen_____
                                                       OF COUNSEL