IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JEROME W. GRIFFIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-365-MEF |
| | ) | |
| ALABAMA GAS CORPORATION, | ) | (WO-Do Not Publish) |
| a corporation, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Consistent with the Uncontested Stipulation of Partial Dismissal (Doc. # 52) filed on July 16, 2008 by Plaintiff, it is hereby ORDERED that Plaintiff's claim to be a representative of a putative class action and all allegations related to the putative class action are DISMISSED WITH PREJUDICE.  Only Plaintiff's individual claims on his own behalf remain pending in this case.

DONE this the 17th day of July, 2008.


_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE