# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# MONTGOMERY DIVISION

| | |
|---|---|
| JEROME W. GRIFFIN,<br>Plaintiff,<br><br>v.<br><br>ALABAMA GAS<br>CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     CIVIL ACTION NO.<br>    2:06-cv-365-MEF |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a), Fed.R.Civ.P., plaintiff, Jerome Griffin, and defendant, Alabama Gas Corporation, stipulate that this action shall be dismissed with prejudice, each party to bear their own costs.

The undersigned counsel for Defendant hereby certifies that he has obtained consent from counsel for the Plaintiff to sign and file his name electronically.

Respectfully submitted,

s/Andrew C. Allen (by consent)

Attorneys for Plaintiffs
Joe R. Whatley, Jr.
Andrew C. Allen
Whatley Drake & Kallas, LLC
Post Office Box 10647
Birmingham, AL 35202-0647

1

2

                                      J. L. Chestnut, Jr.
Chestnut Sanders Sanders Pettaway &
Campbell PC
PO Box 1290
Selma, AL 36702-1290

   s/Abdul K. Kallon
Attorney for
Alabama Gas Corporation
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
(205) 521-8000

2